**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on February 17, 2017**

**A. Jay Cristol**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 16−24844−AJC**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Bok H. An
aka Bok Hwan An
7532 S.W. 102nd Street
Miami, FL 33156

SSN: xxx−xx−0079

# FINAL DECREE

The trustee, Soneet Kapila, having filed a final report that the estate has been fully administered, is discharged and the case is closed.